683 A.2d 1206

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**James Irvin BREHM, Jr., Petitioner.**

Supreme Court of Pennsylvania.

Oct. 31, 1996.

*ORDER*

PER CURIAM.

AND NOW, this 31st day of October, 1996, we GRANT Petitioner's Petition for Allowance of Appeal, VACATE Petitioner's 75 Pa.C.S. § 3731(a)(5) conviction pursuant to this

214

court's decision in *Commonwealth v. Barud,* 545 Pa. 297, 681 A.2d 162 (1996), and REMAND this matter to the sentencing court for proceedings consistent with our opinion in *Barud.*